1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS TABI, | No. CV 20-584 JAK (AFMx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| JUDGE DOLLY M. GEE; MAGISTRATE JACQUELINE CHOOLJIAN; CLERK OF THE COURT NAMED CHRIS; CLERK OF THE COURT NAMED MR. SMITH; and SEVERAL OTHER UNNAMED DEFENDANTS WHO ARE CLERKS OF THE CENTRAL DISTRICT COURT, | JS-6 |
| Defendants. | |

Defendant's Motion to Dismiss having been granted with prejudice, Plaintiff's Complaint is hereby DISMISSED WITH PREJUDICE in its entirety.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 13, 2021

_____
John A. Kronstadt
United States District Judge